IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 NOV -7  A 11: 52

CLERK'S OFFICE
AT BALTIMORE

BY_____  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO.: WDQ-11-0136 |
| | : |
| ERIC THOMPSON | : |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the Indictment filed against Eric Thompson in the above-captioned case. The defendant should be released from Federal custody.

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Gerald A. A. Collins
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

__11/7/11__
Date

_____
Honorable William D. Quarles
United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal:**
(check one)

1. Defendant is not in custody.
X 2. Defendant is in custody and the USAO believes that:
   X a. there is no reason to hold defendant further.
      b. the defendant should be held in Federal custody.
        (explain below)
      c. the defendant should be transferred to State custody. (explain below)